1  SEYFARTH SHAW LLP
   Christian J. Rowley (SBN 187293)
2  crowley@seyfarth.com
   Kent M. Roger (SBN 95987)
3  kroger@seyfarth.com
   Jesse L. Miller (SBN 183229)
4  jmiller@seyfarth.com
   560 Mission Street, 31st Floor
5  San Francisco, California  94105
   Telephone:  (415) 397-2823
6  Facsimile:   (415) 397-8549

7  Clifford D. Sethness (SBN 212975)
   csethness@seyfarth.com
8  601 South Figueroa Street, Suite 3300
   Los Angeles, California 90017-5793
9  Telephone:  (213) 270-9600
   Facsimile:   (213) 270-9601
10
   Attorneys for Defendants
11 PACIFIC MARITIME ASSOCIATION [*CONTINUED
   ON FOLLOWING PAGE*]
12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

16

17 | PAMELA HILL, JERI STEWART, RHONDA JOHNSON, SHYRAUN RUFFIN, SHEILA SEALS, LA TINA BLACKMON, DERRICK YOUNG, CORY BROWN, and STEPHEN JOHNSON, individually, on behalf of other aggrieved employees pursuant to California Private Attorneys General Act of 2004, and on behalf of all similarly situated employees, | Case No. 3:24-cv-00336-TSH

*[San Francisco Sup. Crt. Case No.: CGC 23609661]*

**DEFENDANT INTERNATIONAL TRANSPORTATION SERVICE, LLC'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiffs,

v.

PACIFIC MARITIME ASSOCIATION, a California corporation; APM TERMINALS NORTH AMERICA INC., a corporation; APM TERMINALS PACIFIC LLC, a Limited Liability Company; COSCO SHIPPING TERMINALS (NORTH AMERICA) INC., a California corporation; EVERGLADES COMPANY TERMINAL, INC., a corporation; EVERPORT TERMINAL SERVICES, INC., a corporation; FENIX MARINE SERVICES, LTD., a Limited Company; INTERNATIONAL

| | |
|---|---|
| 1 | TRANSPORTATION SERVICE, LLC, a Limited Liability Company; LBCT, LLC, a Limited |
| 2 | Liability Company; MAERSK A/S, a corporation; MARINE TERMINALS CORPORATION, a |
| 3 | corporation; METRO CRUISE SERVICES LLC, a California corporation; METROPOLITAN |
| 4 | STEVEDORE COMPANY, a California corporation; PACIFIC TERMINAL SERVICE |
| 5 | COMPANY, LLC, a Limited Liability Company; PASHA STEVEDORING & TERMINALS, INC., |
| 6 | a California corporation; PASHA STEVEDORING & TERMINALS, L.P., a California Limited |
| 7 | Partnership; PORTS AMERICA CRUISE, INC., a corporation; SSA CONTAINERS, INC., a |
| 8 | corporation; SSA MARINE, INC., a corporation; SSA PACIFIC, INC., a corporation; SSA |
| 9 | TERMINALS, LLC, a Limited Liability Company; STEVEDORING SERVICES OF AMERICA 811- |
| 10 | WA, an unknown business entity; TOTAL TERMINALS INTERNATIONAL, LLC, a Limited |
| 11 | Liability Company; TRAPAC, LLC, a Limited Liability Company; WEST BASIN CONTAINER |
| 12 | TERMINAL, LLC, a Limited Liability Company; YANG MING (AMERICA) CORPORATION, a |
| 13 | corporation; YUSEN TERMINALS LLC, a California Limited Liability Company; and DOES |
| 14 | 1 through 100, inclusive, |
| 15 | Defendants. |

Attorneys for Defendants [*CONTINUED*]

APM TERMINALS NORTH AMERICA INC., APM TERMINALS PACIFIC LLC, COSCO SHIPPING TERMINALS (NORTH AMERICA) INC., EVERGLADES COMPANY TERMINAL, INC., EVERPORT TERMINAL SERVICES, INC., FENIX MARINE SERVICES, LTD., INTERNATIONAL TRANSPORTATION SERVICE, LLC, LBCT LLC, MAERSK A/S, MARINE TERMINALS CORPORATION, METRO CRUISE SERVICES LLC, METROPOLITAN STEVEDORE COMPANY, PACIFIC TERMINAL SERVICE COMPANY, LLC, PASHA STEVEDORING & TERMINALS INC., PASHA STEVEDORING & TERMINALS L.P., PORTS AMERICA CRUISE, INC., SSA CONTAINERS, INC., SSA MARINE, INC., SSA PACIFIC, INC. (also erroneously sued as "STEVEDORING SERVICES OF AMERICA 811-WA"), SSA TERMINALS, LLC, TOTAL TERMINALS INTERNATIONAL, LLC, TRAPAC, LLC, WEST BASIN CONTAINER TERMINAL LLC, YANG MING (AMERICA) CORPORATION, and YUSEN TERMINALS LLC

1  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant International Transportation Service, LLC hereby makes the following disclosures:

International Transportation Service, LLC is a limited liability company. International Transportation Service, LLC's sole member is MIP V Longtail Holdings, LLC.

DATED: April 16, 2024 | Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/Jesse L. Miller*
Christian J. Rowley
Clifford D. Sethness
Kent M. Roger
Jesse Miller

Attorneys for Defendants PACIFIC MARITIME ASSOCIATION, APM TERMINALS NORTH AMERICA INC., APM TERMINALS PACIFIC LLC, COSCO SHIPPING TERMINALS (NORTH AMERICA) INC., EVERGLADES COMPANY TERMINAL, INC., EVERPORT TERMINAL SERVICES, INC., FENIX MARINE SERVICES, LTD., INTERNATIONAL TRANSPORTATION SERVICE, LLC, LBCT LLC, MAERSK A/S, MARINE TERMINALS CORPORATION, METRO CRUISE SERVICES LLC, METROPOLITAN STEVEDORE COMPANY, PACIFIC TERMINAL SERVICE COMPANY, LLC, PASHA STEVEDORING & TERMINALS INC., PASHA STEVEDORING & TERMINALS L.P., PORTS AMERICA CRUISE, INC., SSA CONTAINERS, INC., SSA MARINE, INC., SSA PACIFIC, INC. (also erroneously sued as "STEVEDORING SERVICES OF AMERICA 811-WA"), SSA TERMINALS, LLC, TOTAL TERMINALS INTERNATIONAL, LLC, TRAPAC, LLC, WEST BASIN CONTAINER TERMINAL LLC, YANG MING (AMERICA) CORPORATION, and YUSEN TERMINALS LLC

1

DEFENDANT INTERNATIONAL TRANSPORTATION SERVICE, LLC'S
FRCP 7.1 CORPORATE DISCLOSURE STATEMENT
CASE NO. 3:24-CV-00336-TSH