SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293)
crowley@seyfarth.com
Kent M. Roger (SBN 95987)
kroger@seyfarth.com
Jesse L. Miller (SBN 183229)
jmiller@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Clifford D. Sethness (SBN 212975)
csethness@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendants
PACIFIC MARITIME ASSOCIATION [*CONTINUED ON FOLLOWING PAGE*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAMELA HILL, JERI STEWART, RHONDA JOHNSON, SHYRAUN RUFFIN, SHEILA SEALS, LA TINA BLACKMON, DERRICK YOUNG, CORY BROWN, and STEPHEN JOHNSON, individually, on behalf of other aggrieved employees pursuant to California Private Attorneys General Act of 2004, and on behalf of all similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATION, a California corporation; APM TERMINALS NORTH AMERICA INC., a corporation; APM TERMINALS PACIFIC LLC, a Limited Liability Company; COSCO SHIPPING TERMINALS (NORTH AMERICA) INC., a California corporation; EVERGLADES COMPANY TERMINAL, INC., a corporation; EVERPORT TERMINAL SERVICES, INC., a corporation; FENIX MARINE SERVICES, LTD., a Limited Company; INTERNATIONAL | Case No. 3:24-cv-00336-TSH<br><br>*[San Francisco Sup. Crt. Case No.: CGC 23609661]*<br><br>**DEFENDANT COSCO SHIPPING TERMINALS (NORTH AMERICA), INC'S. FRCP 7.1 CORPORATE DISCLOSURE STATEMENT** |

| | |
|---|---|
| 1 | TRANSPORTATION SERVICE, LLC, a Limited Liability Company; LBCT, LLC, a Limited |
| 2 | Liability Company; MAERSK A/S, a corporation; MARINE TERMINALS CORPORATION, a |
| 3 | corporation; METRO CRUISE SERVICES LLC, a California corporation; METROPOLITAN |
| 4 | STEVEDORE COMPANY, a California corporation; PACIFIC TERMINAL SERVICE |
| 5 | COMPANY, LLC, a Limited Liability Company; PASHA STEVEDORING & TERMINALS, INC., |
| 6 | a California corporation; PASHA STEVEDORING & TERMINALS, L.P., a California Limited |
| 7 | Partnership; PORTS AMERICA CRUISE, INC., a corporation; SSA CONTAINERS, INC., a |
| 8 | corporation; SSA MARINE, INC., a corporation; SSA PACIFIC, INC., a corporation; SSA |
| 9 | TERMINALS, LLC, a Limited Liability Company; STEVEDORING SERVICES OF AMERICA 811- |
| 10 | WA, an unknown business entity; TOTAL TERMINALS INTERNATIONAL, LLC, a Limited |
| 11 | Liability Company; TRAPAC, LLC, a Limited Liability Company; WEST BASIN CONTAINER |
| 12 | TERMINAL, LLC, a Limited Liability Company; YANG MING (AMERICA) CORPORATION, a |
| 13 | corporation; YUSEN TERMINALS LLC, a California Limited Liability Company; and DOES |
| 14 | 1 through 100, inclusive, |
| 15 | Defendants. |
| 16 | |
| 17 | Attorneys for Defendants [*CONTINUED*] |
| 18 | APM TERMINALS NORTH AMERICA INC., APM TERMINALS PACIFIC LLC, COSCO SHIPPING TERMINALS (NORTH AMERICA) INC., |
| 19 | EVERGLADES COMPANY TERMINAL, INC., EVERPORT TERMINAL SERVICES, INC., FENIX |
| 20 | MARINE SERVICES, LTD., INTERNATIONAL TRANSPORTATION SERVICE, LLC, LBCT LLC, |
| 21 | MAERSK A/S, MARINE TERMINALS CORPORATION, METRO CRUISE SERVICES |
| 22 | LLC, METROPOLITAN STEVEDORE COMPANY, PACIFIC TERMINAL SERVICE COMPANY, LLC, |
| 23 | PASHA STEVEDORING & TERMINALS INC., PASHA STEVEDORING & TERMINALS L.P., |
| 24 | PORTS AMERICA CRUISE, INC., SSA CONTAINERS, INC., SSA MARINE, INC., SSA |
| 25 | PACIFIC, INC. (also erroneously sued as "STEVEDORING SERVICES OF AMERICA 811- |
| 26 | WA"), SSA TERMINALS, LLC, TOTAL TERMINALS INTERNATIONAL, LLC, TRAPAC, |
| 27 | LLC, WEST BASIN CONTAINER TERMINAL LLC, YANG MING (AMERICA) CORPORATION, |
| 28 | and YUSEN TERMINALS LLC |

DEFENDANT COSCO SHIPPING TERMINALS (NORTH AMERICA), INC.'S.
FRCP 7.1 CORPORATE DISCLOSURE STATEMENT
CASE NO. 3:24-CV-00336-TSH

1 | Pursuant to Federal Rule of Civil Procedure 7.1, Defendant COSCO SHIPPING Terminals (North America), Inc. hereby makes the following disclosures:

COSCO SHIPPING Terminals (North America), Inc. is a wholly owned subsidiary of COSCO SHIPPING North America, Inc., a California corporation.  No publicly held corporation owns 10% or more of COSCO SHIPPING Terminals (North America), Inc.'s stock.

DATED: April 16, 2024

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/Jesse L. Miller*
Christian J. Rowley
Clifford D. Sethness
Kent M. Roger
Jesse Miller

Attorneys for Defendants PACIFIC MARITIME ASSOCIATION, APM TERMINALS NORTH AMERICA INC., APM TERMINALS PACIFIC LLC, COSCO SHIPPING TERMINALS (NORTH AMERICA) INC., EVERGLADES COMPANY TERMINAL, INC., EVERPORT TERMINAL SERVICES, INC., FENIX MARINE SERVICES, LTD., INTERNATIONAL TRANSPORTATION SERVICE, LLC, LBCT LLC, MAERSK A/S, MARINE TERMINALS CORPORATION, METRO CRUISE SERVICES LLC, METROPOLITAN STEVEDORE COMPANY, PACIFIC TERMINAL SERVICE COMPANY, LLC, PASHA STEVEDORING & TERMINALS INC., PASHA STEVEDORING & TERMINALS L.P., PORTS AMERICA CRUISE, INC., SSA CONTAINERS, INC., SSA MARINE, INC., SSA PACIFIC, INC. (also erroneously sued as "STEVEDORING SERVICES OF AMERICA 811-WA"), SSA TERMINALS, LLC, TOTAL TERMINALS INTERNATIONAL, LLC, TRAPAC, LLC, WEST BASIN CONTAINER TERMINAL LLC, YANG MING (AMERICA) CORPORATION, and YUSEN TERMINALS LLC

1

DEFENDANT COSCO SHIPPING TERMINALS (NORTH AMERICA), INC'S.
FRCP 7.1 CORPORATE DISCLOSURE STATEMENT
CASE NO. 3:24-CV-00336-TSH