1   SEYFARTH SHAW LLP
    Christian J. Rowley (SBN 187293)
2   crowley@seyfarth.com
    Kent M. Roger (SBN 95987)
3   kroger@seyfarth.com
    Jesse L. Miller (SBN 183229)
4   jmiller@seyfarth.com
    560 Mission Street, 31st Floor
5   San Francisco, California  94105
    Telephone:  (415) 397-2823
6   Facsimile:   (415) 397-8549

7   Clifford D. Sethness (SBN 212975)
    csethness@seyfarth.com
8   601 South Figueroa Street, Suite 3300
    Los Angeles, California 90017-5793
9   Telephone:  (213) 270-9600
    Facsimile:   (213) 270-9601

10

    Attorneys for Defendants
11  PACIFIC MARITIME ASSOCIATION [*CONTINUED
    ON FOLLOWING PAGE*]

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                 SAN FRANCISCO DIVISION

16

17  PAMELA HILL, JERI STEWART, RHONDA        Case No. 3:24-cv-00336-TSH
    JOHNSON, SHYRAUN RUFFIN, SHEILA
18  SEALS, LA TINA BLACKMON, DERRICK         *[San Francisco Sup. Crt. Case No.: CGC
    YOUNG, CORY BROWN, and STEPHEN           23609661]*
19  JOHNSON, individually, on behalf of other
    aggrieved employees pursuant to California Private   **DEFENDANTS' DISCLOSURE OF**
20  Attorneys General Act of 2004, and on behalf of all  **CONFLICTS AND INTERESTED ENTITIES**
    similarly situated employees,            **OR PERSONS**

21                 Plaintiffs,

22        v.

23  PACIFIC MARITIME ASSOCIATION, a
    California corporation; APM TERMINALS
24  NORTH AMERICA INC., a corporation; APM
    TERMINALS PACIFIC LLC, a Limited Liability
25  Company; COSCO SHIPPING TERMINALS
    (NORTH AMERICA) INC., a California
26  corporation; EVERGLADES COMPANY
    TERMINAL, INC., a corporation; EVERPORT
27  TERMINAL SERVICES, INC., a corporation;
    FENIX MARINE SERVICES, LTD., a Limited
28  Company; INTERNATIONAL

1  TRANSPORTATION SERVICE, LLC, a Limited
   Liability Company; LBCT, LLC, a Limited
2  Liability Company; MAERSK A/S, a corporation;
   MARINE TERMINALS CORPORATION, a
3  corporation; METRO CRUISE SERVICES LLC, a
   California corporation; METROPOLITAN
4  STEVEDORE COMPANY, a California
   corporation; PACIFIC TERMINAL SERVICE
5  COMPANY, LLC, a Limited Liability Company;
   PASHA STEVEDORING & TERMINALS, INC.,
6  a California corporation; PASHA STEVEDORING
   & TERMINALS, L.P., a California Limited
7  Partnership; PORTS AMERICA CRUISE, INC., a
   corporation; SSA CONTAINERS, INC., a
8  corporation; SSA MARINE, INC., a corporation;
   SSA PACIFIC, INC., a corporation; SSA
9  TERMINALS, LLC, a Limited Liability Company;
   STEVEDORING SERVICES OF AMERICA 811-
10 WA, an unknown business entity; TOTAL
   TERMINALS INTERNATIONAL, LLC, a Limited
11 Liability Company; TRAPAC, LLC, a Limited
   Liability Company; WEST BASIN CONTAINER
12 TERMINAL, LLC, a Limited Liability Company;
   YANG MING (AMERICA) CORPORATION, a
13 corporation; YUSEN TERMINALS LLC, a
   California Limited Liability Company; and DOES
14 1 through 100, inclusive,

15                    Defendants.

16
   Attorneys for Defendants [*CONTINUED*]
17
   APM TERMINALS NORTH AMERICA INC., APM
18 TERMINALS PACIFIC LLC, COSCO SHIPPING
   TERMINALS (NORTH AMERICA) INC.,
19 EVERGLADES COMPANY TERMINAL, INC.,
   EVERPORT TERMINAL SERVICES, INC., FENIX
20 MARINE SERVICES, LTD., INTERNATIONAL
   TRANSPORTATION SERVICE, LLC, LBCT LLC,
21 MAERSK A/S, MARINE TERMINALS
   CORPORATION, METRO CRUISE SERVICES
22 LLC, METROPOLITAN STEVEDORE COMPANY,
   PACIFIC TERMINAL SERVICE COMPANY, LLC,
23 PASHA STEVEDORING & TERMINALS INC.,
   PASHA STEVEDORING & TERMINALS L.P.,
24 PORTS AMERICA CRUISE, INC., SSA
   CONTAINERS, INC., SSA MARINE, INC., SSA
25 PACIFIC, INC. (also erroneously sued as
   "STEVEDORING SERVICES OF AMERICA 811-
26 WA"), SSA TERMINALS, LLC, TOTAL
   TERMINALS INTERNATIONAL, LLC, TRAPAC,
27 LLC, WEST BASIN CONTAINER TERMINAL
   LLC, YANG MING (AMERICA) CORPORATION,
28 and YUSEN TERMINALS LLC

DEFENDANTS' DISCLOSURE OF CONFLICTS AND
INTERESTED ENTITIES OR PERSONS
CASE NO. 3:24-CV-00336-TSH

1    Pursuant to Civil Local Rule 3-15 of the United States District Court for the Northern District of

2    California, the undersigned, counsel of record for Defendants Pacific Maritime Association, Cosco

3    Shipping Terminals (North America) Inc., Everglades Company Terminal, Inc., Everport Terminal

4    Services, Inc., Fenix Marine Services, Ltd., International Transportation Service, LLC, LBCT LLC,

5    Marine Terminals Corporation, Metro Cruise Services LLC, Metropolitan Stevedore Company, Pacific

6    Terminal Service Company, LLC, Pasha Stevedoring & Terminals Inc., Pasha Stevedoring & Terminals

7    L.P., Ports America Cruise, Inc., Total Terminals International, LLC, TraPac, LLC, West Basin

8    Container Terminal LLC, and Yusen Terminals LLC (collectively, "Defendants"), certify that as of this

9    date, there is no conflict or interest (other than the named parties) to report.

10    Defendants reserve the right to amend and/or supplement the information disclosed herein should

11   additional information become known requiring such.

12   / / / /

13   / / / /

14   / / / /

15   / / / /

16   / / / /

17   / / / /

18   / / / /

19   / / / /

20   / / / /

21   / / / /

22   / / / /

23   / / / /

24   / / / /

25   / / / /

26   / / / /

27   / / / /

28   / / / /

| | |
|---|---|
| 1 | DATED: April 17, 2024 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

DATED: April 17, 2024

Respectfully submitted,

SEYFARTH SHAW LLP


By:  */s/Jesse L. Miller*

Christian J. Rowley
Clifford D. Sethness
Kent M. Roger
Jesse Miller

Attorneys for Defendants PACIFIC MARITIME ASSOCIATION, APM TERMINALS NORTH AMERICA INC., APM TERMINALS PACIFIC LLC, COSCO SHIPPING TERMINALS (NORTH AMERICA) INC., EVERGLADES COMPANY TERMINAL, INC., EVERPORT TERMINAL SERVICES, INC., FENIX MARINE SERVICES, LTD., INTERNATIONAL TRANSPORTATION SERVICE, LLC, LBCT LLC, MAERSK A/S, MARINE TERMINALS CORPORATION, METRO CRUISE SERVICES LLC, METROPOLITAN STEVEDORE COMPANY, PACIFIC TERMINAL SERVICE COMPANY, LLC, PASHA STEVEDORING & TERMINALS INC., PASHA STEVEDORING & TERMINALS L.P., PORTS AMERICA CRUISE, INC., SSA CONTAINERS, INC., SSA MARINE, INC., SSA PACIFIC, INC. (also erroneously sued as "STEVEDORING SERVICES OF AMERICA 811-WA"), SSA TERMINALS, LLC, TOTAL TERMINALS INTERNATIONAL, LLC, TRAPAC, LLC, WEST BASIN CONTAINER TERMINAL LLC, YANG MING (AMERICA) CORPORATION, and YUSEN TERMINALS LLC

2