Roxanne A. Davis, SBN 132128
Frank Hakim, SBN 173365
DAVIS*GAVSIE & HAKIM, LLP
100 Wilshire Boulevard, Suite 700
Santa Monica, California 90401
Telephone:  (310) 789-2240
Facsimile:  (310) 789-2249
Roxanne@DGHLawyers.com
Frank@DGHLawyers.com

Attorneys for Plaintiffs
PAMELA HILL, JERI STEWART, RHONDA JOHNSON,
SHYRAUN RUFFIN, SHEILA SEALS, LA TINA BLACKMON,
DERRICK YOUNG, CORY BROWN, STEPHEN JOHNSON,
DARRYL SHAW, ROYCE GAVIN, PAUL WILLIAMS,
HAROLD GREEN, JR., DANIELLE THOMPSON,
OLANDO GRAVES, and KIMBERLY HUGHES, individually, on behalf of other aggrieved
employees, and on behalf of all similarly situated employees

SEYFARTH SHAW LLP
Jesse L. Miller (SBN 183229)
jmiller@seyfarth.com
Taylor D. Horn (SBN 329435)
thorn@seyfarth.com
Afshin Najafi (SBN 335582)
anajafi@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:   (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
PACIFIC MARITIME ASSOCIATION, et al.
[*Additional parties on following page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA HILL, JERI STEWART, RHONDA JOHNSON, SHYRAUN RUFFIN, SHEILA SEALS, LA TINA BLACKMON, DERRICK YOUNG, CORY BROWN, STEPHEN JOHNSON, DARRYL SHAW, ROYCE GAVIN, PAUL WILLIAMS, and HAROLD GREEN, JR. individually, on behalf of other aggrieved employees pursuant to California Private Attorneys General Act of 2004, and PAMELA HILL, JERI STEWART, RHONDA JOHNSON, SHYRAUN RUFFIN, SHEILA SEALS, LA TINA BLACKMON, DERRICK | CASE NO.: 3:24-cv-00336- JSC<br><br>Assigned for all purposes to:<br>Hon. Jacqueline Scott Corley<br><br>CLASS ACTION<br><br>JOINT STIPULATION TO CONTINUE DEFENDANTS' REPLY DATE AND HEARING DATE ON DEFENDANTS' |

PAGE 1
JOINT STIPULATION TO CONTINUE
DEFENDANTS' REPLY DATE
AND HEARING DATE ON DEFENDANTS' MSJ
AND [PROPOSED] ORDER
CASE NO. 3:24-cv-00336- JSC

YOUNG, CORY BROWN, STEPHEN JOHNSON, DARRYL SHAW, ROYCE GAVIN, PAUL WILLIAMS, HAROLD GREEN, JR., DANIELLE THOMPSON, OLANDO GRAVES, and KIMBERLY HUGHES, individually, on behalf of all similarly situated employees;

      Plaintiffs,

 vs.

PACIFIC MARITIME ASSOCIATION, a California corporation; APM TERMINALS NORTH AMERICA INC., a corporation; APM TERMINALS PACIFIC LLC, a Limited Liability Company; EVERPORT TERMINAL SERVICES, INC., a corporation; FENIX MARINE SERVICES, LTD., a Limited Company; INTERNATIONAL TRANSPORTATION SERVICE, LLC, a Limited Liability Company; LBCT, LLC, a Limited Liability Company; MAERSK A/S, a corporation; MARINE TERMINALS CORPORATION, a corporation; METRO CRUISE SERVICES LLC, a California corporation; PACIFIC TERMINAL SERVICE COMPANY, LLC, a Limited Liability Company; PASHA STEVEDORING & TERMINALS, INC., a California corporation; PASHA STEVEDORING & TERMINALS, L.P., a California Limited Partnership; SSA CONTAINERS, INC., a corporation; SSA MARINE, INC., a corporation; SSA PACIFIC, INC., a corporation; SSA TERMINALS, LLC, a Limited Liability Company; STEVEDORING SERVICES OF AMERICA 811-WA, an unknown business entity; TOTAL TERMINALS INTERNATIONAL, LLC, a Limited Liability Company; TRAPAC, LLC, a Limited Liability Company; YUSEN TERMINALS LLC, a California Limited Liability Company; BENICIA PORT TERMINAL COMPANY, a California corporation; PACIFIC CRANE MAINTENANCE COMPANY, LLC, a Limited Liability Company; WEST COAST TERMINAL AND STEVEDORE, INC., a California corporation; and DOES 1 through 100, inclusive,

      Defendants.

MOTION FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER
Current Date:   April 9, 2026
Proposed Date: April 23, 2026
Time: 10:00 a.m.
Courtroom: Courtroom 8, 19th Floor

4AC Filed:  June 18, 2025
Complaint Filed: October 10, 2023
Trial: None set

PAGE 2
JOINT STIPULATION TO CONTINUE
DEFENDANTS' REPLY DATE
AND HEARING DATE ON DEFENDANTS' MSJ
AND [PROPOSED] ORDER
CASE NO. 3:24-cv-00336- JSC

Pursuant to Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs (Pamela Hill, Jeri Stewart, Rhonda Johnson, Shyraun Ruffin, Sheila Seals, La Tina Blackmon, Derrick Young, Cory Brown, Stephen Johnson, Darryl Shaw, Royce Gavin, Paul Williams, Harold Green, Jr., Danielle Thompson, Olando Graves, and Kimberly Hughes) and Defendants (Pacific Maritime Association, APM Terminals North America Inc., APM Terminals Pacific LLC, Everport Terminal Services, Inc., Fenix Marine Services, Ltd., International Transportation Service, LLC, LBCT LLC, Maersk A/S, Marine Terminals Corporation, Metro Cruise Services LLC, Pacific Terminal Service Company, LLC, Pasha Stevedoring & Terminals Inc., Pasha Stevedoring & Terminals L.P., SSA Containers, Inc., SSA Marine, Inc., SSA Pacific, Inc., Stevedoring Services Of America 811-WA, SSA Terminals, LLC, Total Terminals International, LLC, Trapac, LLC, Yusen Terminals LLC, Benecia Port Terminal Company, Pacific Crane Maintenance Company, LLC, and West Coast Terminal and Stevedore, Inc.) (together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby **STIPULATE** and agree as follows:

WHEREAS, by way of background, on October 21, 2025, Defendants filed their Motion for Summary Judgment based on ERISA with supporting documents ("MSJ").

WHEREAS, on January 30, 2026, Plaintiffs filed their Opposition and supporting documents.

WHEREAS, on February 27, 2026, the Parties engaged in Mediation of the above matter which did not resolve the case.

WHEREAS, if mediation did not result in settlement, Defendants requested that Plaintiffs agree to permit them to take the deposition of Plaintiffs' declarant/expert, Kimberly McCarthy, who provided a declaration in support of Plaintiffs' Opposition to Defendants' MSJ, citing *Sims v. Metropolitan Life Ins. Co.*, 2006 WL 3826716 (N.D. Cal. Dec. 27, 2006).

WHEREAS, after meeting and conferring, Plaintiffs agreed to permit Defendants to take the deposition of Ms. McCarthy for up to 3.5 hours prior to the filing of Defendants' Reply to the MSJ on the condition that Defendants permit Plaintiffs to take the deposition of one of their declarants who

PAGE 3
JOINT STIPULATION TO CONTINUE
DEFENDANTS' REPLY DATE
AND HEARING DATE ON DEFENDANTS' MSJ
AND [PROPOSED] ORDER
CASE NO. 3:24-cv-00336- JSC

provided a declaration in support of Defendants' MSJ and/or Reply for up to a total of 3.5 hours, after Plaintiffs receive Defendants' Reply to the MSJ, with sufficient time before the hearing on Defendants' MSJ for Plaintiffs to apply to this Court to file a Sur-reply, if Plaintiffs' counsel deems necessary;

WHEREAS, Defendants' Reply to the MSJ is currently due to be filed on March 19, 2026;

WHEREAS, Plaintiffs' counsel are unavailable the week of March 30, 2026 due to Spring Break commitments with their respective children;

WHEREAS, Defendants' MSJ is currently scheduled for hearing on April 9, 2026;

WHEREAS, The Parties hereby jointly request that the Court continue the hearing date on Defendants' MSJ by 2 weeks to **April 23, 2026**, or as soon thereafter as the Court is available.

WHEREAS, If the Court continues the hearing date on Defendants' MSJ to April 23, 2026, or as soon thereafter the Court is available, Defendants hereby request the Court continue the deadline for Defendants' Reply to the MSJ from March 19, 2026 to March 30, 2026.

WHEREAS, Plaintiffs may request from the Court the opportunity to file a Sur-reply in support of their Opposition to the MSJ, if Plaintiffs' counsel deems it necessary.

WHEREAS, As the Case Management Conference ("CMC") in the above matter is currently scheduled for the same date as the hearing on Defendants' MSJ, the CMC shall also be continued to the new date of the MSJ.

WHEREAS, For the reasons set forth above, the Parties respectfully request this Court grant the brief extensions requested.

**SO STIPULATED.**

Dated: March 6, 2026                              **DAVIS*GAVSIE & HAKIM, LLP**

*/s/ Roxanne A. Davis*
**Roxanne A. Davis, Esq.**
**Frank Hakim, Esq.**
*Counsel for Plaintiffs*

PAGE 4
JOINT STIPULATION TO CONTINUE
DEFENDANTS' REPLY DATE
AND HEARING DATE ON DEFENDANTS' MSJ
AND [PROPOSED] ORDER
CASE NO. 3:24-cv-00336- JSC

**Dated: March 6, 2026**                    **SEYFARTH SHAW LLP**

                                            */s/ Jesse L. Miller*
                                            **Jesse L. Miller**
                                            **Taylor D. Horn**
                                            **Afshin Najafi**
                                            *Counsel for Defendants*

<u>**DECLARATION OF ROXANNE A. DAVIS IN SUPPORT OF**</u>
<u>**STIPULATION REQUESTING ORDER BRIEFLY EXTENDING DATES**</u>

I, Roxanne A. Davis, declare as follows:

1.      I am an attorney duly licensed to practice before the Courts of the State of California and the United States District Courts, Northern and Central Districts of California, among others.  I am a Partner at Davis*Gavsie & Hakim, LLP. My firm and I are counsel for all of the Plaintiffs in this case. I have personal knowledge of the facts stated herein and could and would competently testify thereto if called as a witness.

2.      Per Civil Local Rule 6-2, the Parties in this case seek a brief extension of time for:

(a) Defendants to take one 3.5-hour deposition of Kimberly McCarthy, a declarant who submitted a declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment;

(b) Plaintiffs to take one 3.5-hour deposition of a declarant who submitted a declaration in support of Defendants' MSJ, after Plaintiffs receive Defendants' Reply to the MSJ with sufficient time before the hearing on Defendants' MSJ for Plaintiffs to apply to this Court to file a Sur-reply, if Plaintiffs' counsel deems necessary;

(c) Defendants to have a brief extension of time to file a Reply; and

(d) Plaintiffs to have a little time to request from this Court the opportunity to file a Sur-reply, if necessary;

(e) Continuing the hearing date on Defendants' MSJ and the Case Management Conference ("CMC") to the same date.

///

///

**PAGE 5**
**JOINT STIPULATION TO CONTINUE**
**DEFENDANTS' REPLY DATE**
**AND HEARING DATE ON DEFENDANTS' MSJ**
**AND [PROPOSED] ORDER**
**CASE NO. 3:24-cv-00336- JSC**

3.      Previous time modifications in the case include:

(a)  On February 6, 2025, pursuant to Stipulation of the Parties, the Court continued the hearing date on Defendants' Motion to Dismiss the Second Amended Complaint ("SAC") and Defendants' Motion to Strike, and vacated class certification dates;

(b) On March 11, 2025, pursuant to Stipulation of the Parties, the Court extended the time for Defendants' Response to the Third Amended Complaint ("TAC"); and

(c) On June 26, 2025, pursuant to Stipulation of the Parties, the Court extended the time for Defendants to File Answers to the Fourth Amended Complaint ("4AC") and for Plaintiffs to correct the caption of the 4AC.

4.      The only impact the current requested time modification would have on the schedule for the case is to delay the CMC and hearing on Defendants' MSJ for 2 weeks, or as soon thereafter as this Court can hear the matters.

5.      By way of background, on October 21, 2025, Defendants filed their Motion for Summary Judgment based on ERISA with supporting documents ("MSJ").

6.      On January 30, 2026, Plaintiffs filed their Opposition and supporting documents.

7.      On February 27, 2026, the Parties engaged in Mediation of the above matter which did not resolve the case.

8.      Because mediation did not result in settlement, Defendants requested that Plaintiffs agree to permit them to take the deposition of Plaintiffs' declarant/expert, Kimberly McCarthy, who provided a declaration in support of Plaintiffs' Opposition to Defendants' MSJ, citing *Sims v. Metropolitan Life Ins. Co.*, 2006 WL 3826716 (N.D. Cal. Dec. 27, 2006).

9.      After meeting and conferring, Plaintiffs agreed to permit Defendants to take the deposition of Ms. McCarthy for up to 3.5 hours prior to the filing of Defendants' Reply to the MSJ on the condition that Defendants permit Plaintiffs to take the deposition of one of their declarants who provided a declaration in support of Defendants' MSJ and/or Reply for up to a total of 3.5 hours, to be designated after Plaintiffs receive Defendants' Reply to the MSJ, with sufficient time before the hearing on Defendants' MSJ for Plaintiffs to apply to this Court to file a Sur-reply, if Plaintiffs' counsel deems necessary.

PAGE 6
JOINT STIPULATION TO CONTINUE
DEFENDANTS' REPLY DATE
AND HEARING DATE ON DEFENDANTS' MSJ
AND [PROPOSED] ORDER
CASE NO. 3:24-cv-00336- JSC

10. Defendants' Reply to the MSJ is currently due to be filed on March 19, 2026;

11. Plaintiffs' counsel are unavailable the week of March 30, 2026 due to Spring Break commitments with their respective children and families;

12. Defendants' MSJ is currently scheduled for hearing on April 9, 2026;

13. The Parties hereby jointly request that the Court continue the hearing date on Defendants' MSJ by 2 weeks to **April 23, 2026**, or as soon thereafter as the Court is available.

14. If the Court continues the hearing date on Defendants' MSJ to April 23, 2026, or as soon thereafter the Court is available, Defendants hereby request the Court continue the deadline for Defendants' Reply to the MSJ from March 19, 2026 to March 26, 2026.

15. Plaintiffs may request from the Court the opportunity to file a Sur-reply in support of their Opposition to the MSJ, if Plaintiffs' counsel deems it necessary.

16. As the CMC in the above matter is currently scheduled for the same date as the hearing on Defendants' MSJ, the CMC shall also be continued to the new date of the MSJ.

17. For the reasons set forth above, the Parties respectfully request this Court grant the brief extensions requested.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 6th day of March 2026 at Santa Monica, California.

*/s/ Roxanne A. Davis*
Roxanne A. Davis

PAGE 7
JOIN STIPULATION TO CONTINUE
DEFENDANTS' REPLY DATE
AND HEARING DATE ON DEFENDANTS' MSJ
AND [PROPOSED] ORDER
CASE NO. 3:24-cv-00336- JSC

**<u>FILER'S ATTESTATION</u>**

I, Jesse L. Miller, hereby attest that all other signatories to this document have authorized and concurred in the filing of the document.

Dated: March 6, 2026               _____

                                  */s/ Jesse L. Miller*
                                  Jesse L. Miller

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED, THAT**:

The hearing date of Defendants' Motion for Summary Judgment based on ERISA ("MSJ") shall be moved from April 9, 2026 at 10:00 a.m., to April 23, 2026 or _____ at _____m.

Defendants' deadline to file a Reply to the MSJ is continued from March 19, 2026 to March 30, 2026.

**DATED:** March __, 2026     _____

                     **THE HONORABLE JACQUELINE SCOTT CORLEY**
                        **UNITED STATES DISTRICT JUDGE**

PAGE 8
JOINT STIPULATION TO CONTINUE
DEFENDANTS' REPLY DATE
AND HEARING DATE ON DEFENDANTS' MSJ
AND [PROPOSED] ORDER
CASE NO. 3:24-cv-00336- JSC